378 P.2d 384

**Harry D. SMITH, Petitioner,**

v.

**The PEOPLE of the State of New Mexico, Respondent.**

**No. 23 HC.**

Supreme Court of New Mexico.

Feb. 13, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that the facts alleged in the petition do not warrant the issuance of writ of mandamus.

378 P.2d 384

**Danny HERRERA, Petitioner,**

v.

**Hon. W. T. SCOGGIN, District Judge, Division I, The Third Judicial District of the State of New Mexico, Respondent.**

**No. 7367.**

Supreme Court of New Mexico.

Feb. 18, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of prohibition be and the same is hereby denied.